IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Brittany L Johnson | : | Bankruptcy No. 24-20760-CMB |
| *fka* Brittany L Houser | : | |
| *aka* Brittany Johnson-Houston, | : | |
| | : | |
| Debtor | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rules 2002 and 9010, Lauren A. Michaels, Deputy Attorney General, hereby enters an appearance on behalf of the Commonwealth of Pennsylvania, Department of Revenue, and requests to be placed on the Court's electronic service list and to receive copies of all notices, pleadings, and other matters filed herein.

DATE: April 16, 2024,					Respectfully submitted

							MICHELLE A. HENRY
							ATTORNEY GENERAL

COMMONWEALTH OF					BY: */s/ Lauren A. Michaels*
PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL				LAUREN A. MICHAELS
1251 Waterfront Place					Deputy Attorney General
Mezzanine Level
Pittsburgh, PA 15222					PA I.D. No. 320686
Tel: (412) 235-9072
E-mail: lmichaels@attorneygeneral.gov			MELISSA L. VAN ECK
							Chief Deputy Attorney General
							Financial Enforcement Section