Certificate Number: 14912-PAW-DE-038447019

Bankruptcy Case Number: 24-20760



14912-PAW-DE-038447019

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 5, 2024, at 11:40 o'clock PM EDT, Brittany Johnson completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: May 5, 2024

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor