**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          CASE NO. 24-20760-CMB

Brittany L. Johnson,                  Chapter 13
      Debtor(s).

Brittany L. Johnson,
      Movant(s),
vs.
No Respondents,
      Respondent(s).

**CONSENT ORDER OF COURT AUTHORIZING DEBTOR(S) PARTICIPATION IN**
**PENNSYLVANIA HOMEOWNER ASSISTANCE PROGRAM**

       Whereas Brittany L. Johnson, ("Debtor(s)") wishes to apply for assistance under the Pennsylvania Homeowner Assistance Program with respect to the Property at 2806 Blackridge Avenue, Blackridge Avenue, Pittsburgh, PA 15235;

       Whereas, the program requires the approval of the Trustee or Bankruptcy Court;

       Whereas the Trustee consents to the Debtor(s) participation but believes it in the best interest of all parties to formalize the consent by Order of Court;

       AND NOW therefore upon the consent of the Debtor(s) and Trustee it is hereby ORDERED:

(1)       The Debtor is expressly authorized to participate in the PAHAF program. Trustee acknowledges that to the extent relief is granted funds will be distributed directly to the mortgage lender/servicer, contract for deed holder, county treasurer, local taxing authority, hazard insurance company, homeowners' / condominium association, or other payee by the PAHAF and/or its authorized agents on behalf of the applicant.

(2)       In the event there are any funds distributed as result of the Debtor(s) participation, Debtor(s) shall file a report with the Court that expressly lists the amounts distributed and to whom and shall, to the extent the distributions affect claims to have been paid under the Plan file an amended plan or a stipulated order modifying the plan to account for the distributions.

(3)       The Trustee or an attorney for the Trustee on her behalf is authorized to sign the PAHAF application form to the extent that an actual signature is required in addition to this Order.

So ORDERED, this ___7th___ day of ___October___, 20_24_:

_____
U.S. Bankruptcy Judge

Consented to:

/s/ Brian J. Bleasdale
Attorney Brian J. Bleasdale
PA I.D. # 90576
Bleasdale Law Office, PC
Emerson Professional Building
101 Emerson Avenue
Aspinwall, PA 15215
bbleasdale@bleasdalelaw.com
(412) 726-7713
**Attorney for Debtor(s)**


/s/ Kate DeSimone
Kate DeSimone, Esq.
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
inquiries@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 24-20760-CMB

Brittany L Johnson  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 2

Date Rcvd: Oct 07, 2024  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brittany L Johnson, 213 Veronica Drive, Pittsburgh, PA 15235-4252 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2024          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian J. Bleasdale | on behalf of Debtor Brittany L Johnson bleasdb@yahoo.com |
| Denise Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank N.A., as Trustee for Centex Home Equity Loan Trust 2005-B dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net |
| Joseph James Perotti, Jr | on behalf of Creditor County Of Allegheny rmonti@grblaw.com KNicely@grblaw.com;rmonti@grblaw.com |
| Keri P. Ebeck | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 07, 2024 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lauren Michaels

on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 9