**Form 143**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Brittany L Johnson**
**aka Brittany Johnson–Houston, fka Brittany L Houser**
  Debtor(s)

Bankruptcy Case No.: 24–20760–CMB

Chapter: 7
Docket No.: 53 – 52

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

     Ronda Winnecour has been removed as trustee from this case and will not receive any future notifications.

     The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: November 18, 2024

Michael R. Rhodes
Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 24-20760-CMB

Brittany L Johnson                                                                        Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 18, 2024 | Form ID: 143 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                           regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + Email/Text: bnc@chapter13trusteewdpa.com | Nov 18 2024 23:56:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2024                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank  N.A., as Trustee for Centex Home Equity Loan Trust 2005-B blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Brian J. Bleasdale | on behalf of Debtor Brittany L Johnson bleasdb@yahoo.com |
| Denise Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank  N.A., as Trustee for Centex Home Equity Loan Trust 2005-B dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

District/off: 0315-2                          User: auto                                Page 2 of 2

Date Rcvd: Nov 18, 2024                       Form ID: 143                           Total Noticed: 1

Jennifer L. Cerce
                    on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Joseph James Perotti, Jr
                    on behalf of Creditor County Of Allegheny rmonti@grblaw.com  KNicely@grblaw.com;rmonti@grblaw.com

Keri P. Ebeck
                    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lauren Michaels
                    on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

Rosemary C. Crawford
                    crawfordmcdonald@aol.com  PA68@ecfcbis.com


TOTAL: 11