**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> BRITTANY L JOHNSON <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:24-20760 <br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/29/2024 and confirmed on 05/23/2024. The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 8,245.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 8,240.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,555.45 | |
| Trustee Fee | 494.70 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,050.15 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE <br> Acct: 1308 | 0.00 | 2,307.83 | 0.00 | 2,307.83 |
| BANK OF NEW YORK MELLON - TRUSTEE <br> Acct: 1308 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* <br> Acct: 7492 | 56,023.31 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)* <br> Acct: G348 | 3,046.05 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)* <br> Acct: G348 | 1,890.30 | 0.00 | 0.00 | 0.00 |
| PENN HILLS SD (PENN HILLS) (RE) <br> Acct: G348 | 2,762.06 | 0.00 | 0.00 | 0.00 |
| PENN HILLS SD (PENN HILLS) (RE) <br> Acct: G348 | 7,073.76 | 0.00 | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY (RE TAX) <br> Acct: G348 | 304.24 | 0.00 | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY (RE TAX) <br> Acct: G348 | 763.12 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| **Secured** | | | | | |
| | SANTANDER CONSUMER USA D/B/A CHR | 36,375.00 | 1,924.70 | 454.69 | 2,379.39 |
| | Acct: 9956 | | | | |
| | LVNV FUNDING LLC | 21,930.00 | 502.63 | 0.00 | 502.63 |
| | Acct: 1001 | | | | |
| | VERIPRO SOLUTIONS INC | 30,486.34 | 0.00 | 0.00 | 0.00 |
| | Acct: 6502 | | | | |
| | | | | | 5,189.85 |
| **Priority** | | | | | |
| | BRIAN J BLEASDALE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRITTANY L JOHNSON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRITTANY L JOHNSON | 5.00 | 5.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BLEASDALE LAW OFFICE PC | 4,000.00 | 2,555.45 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PA DEPARTMENT OF REVENUE* | 2.22 | 0.00 | 0.00 | 0.00 |
| | Acct: 7492 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1908 | | | | |
| | *** N O N E *** | | | | |
| **Unsecured** | | | | | |
| | CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7793 | | | | |
| | CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0612 | | | | |
| | CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0229 | | | | |
| | CONTINENTAL FINANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2493 | | | | |
| | DISCOVER BANK(*) | 2,498.35 | 0.00 | 0.00 | 0.00 |
| | Acct: 6418 | | | | |
| | QUANTUM3 GROUP LLC AGENT CONCOR | 424.85 | 0.00 | 0.00 | 0.00 |
| | Acct: 3052 | | | | |
| | KIKOFF LENDING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: L6XW | | | | |
| | MERRICK BANK | 1,490.72 | 0.00 | 0.00 | 0.00 |
| | Acct: 9897 | | | | |
| | ROBERT PAUL VINCLER ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5251 | | | | |
| | SAMUELS AND SON SEAFOOD CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SELF FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0013 | | | | |
| | SELF FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1684 | | | | |
| | PA DEPARTMENT OF REVENUE* | 25.37 | 0.00 | 0.00 | 0.00 |
| | Acct: 7492 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 588.08 | 0.00 | 0.00 | 0.00 |
| | Acct: 0128 | | | | |
| | US DEPARTMENT OF EDUCATION | 19,195.20 | 0.00 | 0.00 | 0.00 |
| | Acct: 7492 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1640 | | | | |
| | LVNV FUNDING LLC | 11,187.29 | 0.00 | 0.00 | 0.00 |
| | Acct: 1001 | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |

| 24-20760 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MAIELLO BRUNGO & MAEILLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | 5,189.85 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 2.22 | |
| SECURED | 160,654.18 | |
| UNSECURED | 35.409.86 | |

Date: 11/27/2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com