**Date: 12/19/2024 01:30 pm**

**In re:    Brittany L Johnson**

                **Bankruptcy No. 24-20760-CMB**
                **Chapter: 7**
                **Doc. # 43**

**Appearances:  Brent Lemon, Esq.**
                        **Brian Bleasdale, Esq.**

**Nature of Proceeding:  # 43 Continued Motion for Relief from Stay**
                        **re: 2806 Blackridge Avenue, Pittsburgh, PA, 15235.**

**Additional Pleadings:  #48 Debtor's Response**
                        **#58 Proceeding memo dated 11/19/2024**

- Motion is Dismissed Without Prejudice and Order entered.

                        **Carlota Böhm**
                        **U.S. Bankruptcy Judge**

FILED
12/19/24 4:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA