# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bk. No. 24-20760 CMB |
| IN RE: Brittany L. Johnson fka Brittany L Houser aka Brittany Johnson-Houston | : | Chapter 13 |
| Debtors. | : | Related to Doc. No. 43 |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Centex Home Equity Loan Trust 2005-B, its successors and/or assigns | : | |
| Movant | : | |
| vs. | : | |
| Brittany L. Johnson fka Brittany L Houser aka Brittany Johnson-Houston | : | |
| Respondent | : | |

## ORDER

AND NOW, on this 19th day of December, 2024, it is hereby ordered and directed that the Motion for Relief from the Automatic Stay filed by The Bank of New York is ~~denied.~~ dismissed without prejudice

BY THE COURT:

FILED
12/19/24 4:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_/s/ Carlota M. Böhm_
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 24-20760-CMB
Brittany L Johnson   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Dec 19, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brittany L Johnson, 213 Veronica Drive, Pittsburgh, PA 15235-4252 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2024      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2024 at the address(es) listed below:

**Name**      **Email Address**

Brent J. Lemon
     on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank N.A., as Trustee for Centex Home Equity Loan Trust 2005-B blemon@kmllawgroup.com, lemondropper75@hotmail.com

Brian J. Bleasdale
     on behalf of Debtor Brittany L Johnson bleasdb@yahoo.com

Denise Carlon
     on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank N.A., as Trustee for Centex Home Equity Loan Trust 2005-B dcarlon@kmllawgroup.com

Jeffrey Hunt
     on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Jennifer L. Cerce
     on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 19, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Joseph James Perotti, Jr
    on behalf of Creditor County Of Allegheny rmonti@grblaw.com  KNicely@grblaw.com;rmonti@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lauren Michaels
    on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford
    crawfordmcdonald@aol.com  PA68@ecfcbis.com

TOTAL: 10