**Date: 01/07/2025 01:30 pm**

**In re:**	**Brittany L Johnson**

			**Bankruptcy No. 24-20760-CMB**
			**Chapter: 7**
			**Doc. # 52**

**Appearances:**

**Nature of Proceeding: #52 Status Conference re no 1019 Report filed**

**Additional Pleadings:**

**- Attorney Brian J. Bleasdale was not present.**

**- No one appeared.**

**- Matter will be taken under advisement.**

			**Carlota Böhm**
			**U.S. Bankruptcy Judge**

			SIGNED
			1/7/25 2:39 pm
			CLERK
			U.S. BANKRUPTCY
			COURT - WDPA