# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 24-20760-CMB |
| | : | |
| Brittany L. Johnson, | : | Chapter 7 |
| | : | |
| Debtor. | : | |
| | : | |
| Brittany L. Johnson, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent. | : | |

## RULE 1019 CONVERSION REPORT

**AND NOW**, come the Debtor, Brittany L. Johnson, by and through their attorney, Brian J. Bleasdale, Esquire, of the Bleasdale Law Office, PC, and files the within Rule 1019 Conversion Report, and in support of aver as follows:

1. There is no property that was not listed in the final report and account of the Chapter 13 Trustee which was acquired after the commencement of the Chapter 13 case but before the entry of the conversion order.

2. There are no unpaid debts that were not listed in the Chapter 13 Trustee's final report and account.

3. There were no executor contracts entered into or assumed after the commencement of the Chapter 13 case but before the entry of the conversion order.

                                                                                   Respectfully submitted,

Date: January 7, 2025                        Attorney for Debtor

                                                                                 /S/ Brian J. Bleasdale, Esq.

Brian J. Bleasdale, Esquire
PA I.D. # 90576
Bleasdale Law Office, PC
Emerson Professional Building
101 Emerson Avenue
Pittsburgh, PA  15215
(412) 726-7713
(412) 404-8958 Fax
bbleasdale@bleasdalelaw.com